FILED

2018 MAY 23 PM 4: 31

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | **SUPERSEDING** |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | CASE NO.: 5:17CR527 |
| | ) | Title 21, Sections 841(a)(1) and |
| LETROY VAUGHN, | ) | (b)(1)(C), United States Code |
| Defendant. | ) | |

### COUNT 1
(Distribution of Fentanyl, in violation of 21, U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

On or about September 27, 2015, in the Northern District of Ohio, Eastern Division, defendant LETROY VAUGHN did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(C)</u>
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance)

The Grand Jury further charges:

The allegations of Count 1 are hereby re-alleged and incorporated by reference herein. It is further alleged that on or about September 27, 2015, in Summit County, Ohio, E.W., a person whose identity is known to the Grand Jury, did fatally ingest and overdose on controlled substances, namely fentanyl, that had been distributed by LETROY VAUGHN to E.W. (the deceased person).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.